425 A.2d 744

**Ervin HOHENSEE et al., Appellants,**

v.

**Milton SHAPP et al.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1981.

Decided Feb. 27, 1981.

Ervin Hohensee, I. P. P., Chinchilla, pro se.

Susan J. Forney, Asst. Atty. Gen., for appellee.

Russell A. Davis, Harrisburg, for Herbert Fineman.

William Fetterhoff, Harrisburg, for W. Louis Coppersmith.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION OF THE COURT

PER CURIAM:

The Order of the Commonwealth Court 39 Pa.Cmwlth. 478, 395 A.2d 636, is affirmed.